NUMBER 13-07-00736-CV



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI - EDINBURG 


______________________________________________________________

 

BETH ANN CAMPBELL, Appellant,


v.



CLIFFORD JAMES BARKER, Appellee. 

_____________________________________________________________


On appeal from the County Court at Law


of Kleberg County, Texas.


______________________________________________________________


MEMORANDUM OPINION


 

Before Justices Rodriguez, Garza, and Vela


Memorandum Opinion Per Curiam


 This matter is before the Court on a defective notice of appeal and appellant's
failure to correct the defect. On December 14, 2007 and February 15, 2008, the Court
advised appellant that the notice of appeal was not in compliance with Texas Rule of
Appellate Procedure 25.1(d),(e) and requested correction of this defect within ten days.
See Tex. R. App. P. 25.1(d)(e), 37.1, 42.3(b),(c). Appellant responded on February 26,
2008, by filing a motion for continuance to obtain counsel. The Court granted appellant's
request for a continuance and set an April 7, 2008 deadline for correcting the defect.

 On October 31, 2008, the Court again advised appellant that the notice of appeal
was not in compliance with the appellate rules, and informed appellant that the appeal
would be dismissed if the defect was not cured after the expiration of ten days from the
date of receipt of the Court's notice. Appellant has failed to correct the defect or otherwise
respond to the Court's notices.

 On its own motion, with ten days notice to the parties, an appellate court may
dismiss a civil appeal for want of prosecution or failure to comply with a notice from the
clerk requiring a response or other action within a specified time. See Tex. R. App. P.
42.3(b),(c). Accordingly, we dismiss the appeal for want of prosecution and failure to
comply with a notice from the Court. See id.

 PER CURIAM

Memorandum Opinion delivered and

filed this 5th day of February, 2009.